# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00536-CV

### In re St. David's Healthcare Partnership, L.P. LLP d/b/a St. David's Hospital

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The order of this Court dated October 3, 2007 staying (1) the effect of the trial court's denial of relator's motions to quash the depositions of Bonnie Clipper and Cynthia Duggins and the motions for protective order, and (2) the depositions of Bonnie Clipper and Cynthia Duggins is vacated.

The petition for writ of mandamus is denied.

G. Alan Waldrop, Justice

Before Justices Puryear, Pemberton and Waldrop

Filed:   October 4, 2007